McGREGOR W. SCOTT
United States Attorney
COURTNEY J. LINN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2755

**FILED**

OCT 17 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 2:07-CR-474 FCD |
| Plaintiff, | ORDER TO SEAL |
| v. | |
| LATOYA LAWSON, | |
| Defendant. | |

The Court hereby orders that the Petition of Assistant United States Attorney Courtney J. Linn to seal Indictment, the Indictment, and Order in the above-referenced case shall be sealed until further order of the Court.

IT IS SO ORDERED.

DATED: 10/17, 2007

KIMBERLY J. MUELLER
UNITED STATES MAGISTRATE JUDGE