```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  COURTNEY J. LINN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2755
```

FILED

OCT 31 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>UNDER SEAL,<br><br>          Defendant. | CR. No. S-07-474 FCD<br><br>ORDER MODIFYING SEALING ORDER |

For good cause shown, the Court orders that the Sealing Order filed in this matter on or about October 17, 2007 is hereby modified to permit the use and disclosure of the arrest warrant by law enforcement agents.

IT IS SO ORDERED.

DATED: 10/31, 2007

_____
KIMBERLY J. MUELLER
UNITED STATES MAGISTRATE JUDGE

1  McGREGOR W. SCOTT
   United States Attorney
2  COURTNEY J. LINN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2755

5

6

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9
                                    )   CR. No. S-07-474 FCD
10 UNITED STATES OF AMERICA,        )
                                    )
11                  Plaintiff,      )   PETITION TO MODIFY SEALING
                                    )   ORDER
12          v.                      )
                                    )
13 UNDER SEAL,                      )
                                    )
14                  Defendant.      )
                                    )
15 _____

16      TO THE HONORABLE KIMBERLY J. MUELLER, UNITED STATES
17 MAGISTRATE JUDGE:

18      COMES NOW, Courtney J. Linn, Assistant United States
19 Attorney for the Eastern District of California, to petition this
20 Court and respectfully represent:

21      1.   That on or about October 17, 2007, this Court granted
22 the government's petition to seal the file in this matter pending
23 further order of the Court.

24      2.   I am advised that the Clerk's office has construed the
25 Court's Sealing Order to require the sealing of the arrest
26 warrant issued in this matter.  I am further advised that as a
27 consequence, the case agent cannot enter the arrest warrant in a
28 ///

1

1 | national law enforcement database (NCIC) used to alert law
2 | enforcement agencies of the pending arrest warrant.
3 |     3.   Accordingly, the government moves the Court to modify
4 | the Sealing Order entered on or about October 17, 2007, in this
5 | matter to authorize the use and disclosure of the arrest warrant
6 | by law enforcement agents.
7 | DATED: 10/31, 2007        McGREGOR W. SCOTT
                              United States Attorney

                              /s/ Courtney J. Linn
                              COURTNEY J. LINN
                              Assistant U.S. Attorney