```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  COURTNEY J. LINN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2755
```



FILED
NOV 3 0 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 07-474 FCD |
| Plaintiff, ) | APPLICATION TO UNSEAL INDICTMENT - ORDER THEREON |
| v. ) | |
| LATOYA LAWSON, ) | |
| Defendant. ) | |

TO THE HONORABLE DALE A. DROZD, UNITED STATES MAGISTRATE JUDGE:

COMES NOW, Courtney J. Linn, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

1. Upon the return of the Indictment in this matter the Court (Magistrate Judge Mueller) ordered the Indictment sealed pending further order of the Court.

2. I am advised that the defendant was apprehended yesterday afternoon and is scheduled to make an initial appearance on today's 2:00 p.m. calendar.

///

///

1

1  THEREFORE, your petitioner prays that the aforesaid
2  indictment and all other documents in the Court's file be
3  unsealed.
4  DATED: 11/30/2007                McGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Courtney J. Linn

                                    COURTNEY J. LINN
                                    Assistant U.S. Attorney

ORDER

For good cause shown, IT IS SO ORDERED.

DATE: 11/30/2007

                                    /s/ Dale A. Drozd
                                    DALE A. DROZD
                                    United States Magistrate Judge