McGREGOR W. SCOTT
United States Attorney
COURTNEY J. LINN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2755

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>LATOYA LAWSON,<br><br>            Defendant. | 2:07-cr-0474 FCD<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE AND<br>FINDING EXCLUDABLE TIME |

   The United States of America and defendant, by and through their respective counsel, stipulate as follows:

   1.  The Status Conference presently set in this matter for December 10, 2007, at 10:00 a.m., shall be continued to January 14, 2008, at 10:00 a.m.  This is an initial status conference in this matter.

   2. By letter dated on or about December 6, 2007, the United States produced approximately 100 pages of discovery in this matter to defense counsel.  Counsel for the United States anticipates producing several hundred more pages of discovery within a short time.  The government and the defense both agree to an exclusion of
///

1  time from the Speedy Trial Act pursuant to Local Code T4, and that
2  an appropriate factual basis exists for such an exclusion.
3        IT IS SO STIPULATED.
4  DATED: Dec. 7, 2007
                                /s/ Courtney Linn for Matthew Bockmon
5                               MATTHEW BOCKMON
                                Counsel for defendant
6

7

8                               McGREGOR W. SCOTT
                                United States Attorney
9

10 DATED: Dec. 7, 2007
11                        By:   /s/ Courtney J. Linn
                                COURTNEY J. LINN
12                              Assistant U.S. Attorney

13

14                              ******

15       For good cause shown, the Court hereby ADOPTS the parties'
16 stipulation.  Accordingly, the status conference presently set for
17 December 10, 2007, at 10:00 a.m., is hereby continued to
18 January 14, 2008, at 10:00 a.m.  Pursuant to the agreement of both
19 parties, for the purpose of computing time under the Speedy Trial
20 Act, 18 U.S.C. § 3161, et seq., within which trial must commence,
21 the time from December 10, 2007 through January 14, 2008, is
22 excluded pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv))
23 in order to afford the defendant reasonable time to prepare her
24 case.
25       IT IS SO ORDERED.
26 DATED: December 7, 2007
27                               _____
                                 FRANK C. DAMRELL, JR.
                                 UNITED STATES DISTRICT JUDGE
28