```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  LATOYA LAWSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:07-cr-0474 FCD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
| | ) | STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| LATOYA LAWSON, | ) | Date:  February 11, 2008 |
| | ) | Time:  10:00 a.m. |
| Defendant. | ) | Judge: Hon. Frank C. Damrell, Jr. |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through Courtney J. Linn, Assistant United States Attorney, and LATOYA LAWSON, by and through her counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for January 14, 2008, be vacated and rescheduled for status conference on February 11, 2008, at 10:00 a.m.

This continuance is being requested because defense counsel continues to review the discovery received in this case and because of on-going defense investigation and preparation.

IT IS FURTHER STIPULATED that the period from January 14, 2008,

through and including February 11, 2008, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: January 9, 2008

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      /s/ Matthew C. Bockmon
                                      _____
                                      MATTHEW C. BOCKMON
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      LATOYA LAWSON

Dated: January 9, 2008

                                      MCGREGOR W. SCOTT
                                      United States Attorney

                                      /s/ Matthew C. Bockmon for
                                      _____
                                      COURTNEY J. LINN
                                      Assistant U.S. Attorney
                                      per telephonic authority

**O R D E R**

    IT IS SO ORDERED.

Dated:   January 10, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE