1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,

11          Respondent,                    No. 2:07-CR-0474 FCD KJN (TEMP)

12      vs.

13   LATOYA LAWSON,

14          Movant.                  FINDINGS AND RECOMMENDATIONS

15   _____/

16          A recent court order was served on movant's address of record and returned by the

17   postal service.  It appears that movant has failed to comply with Local Rule 183(b), which

18   requires that a party appearing in propria persona inform the court of any address change.

19          Accordingly, IT IS HEREBY RECOMMENDED that:

20          1.  Movant's July 16, 2010 motion pursuant to 28 U.S.C. § 2255 be dismissed

21   without prejudice for failure to prosecute.  See Local Rule 183(b).

22          2.  The Clerk of Court be directed to close the companion civil case, No. 2:10-cv-

23   1905 FCD KJN.

24          These findings and recommendations are submitted to the United States District

25   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-

26   one days after being served with these findings and recommendations, any party may file written

1   objections with the court and serve a copy on all parties.  Such a document should be captioned

2   "Objections to Magistrate Judge's Findings and Recommendations."  If petitioner files

3   objections, she shall also address whether a certificate of appealability should issue and, if so,

4   why and as to which issues.  A certificate of appealability may issue under 28 U.S.C. § 2253

5   "only if the applicant has made a substantial showing of the denial of a constitutional right."  28

6   U.S.C. § 2253(c)(3).  Any response to the objections shall be filed and served within fourteen

7   days after service of the objections.  The parties are advised that failure to file objections within

8   the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

9   F.2d 1153 (9th Cir. 1991).

10  DATED:  March 8, 2011

11

12  _____
    KENDALL J. NEWMAN

13  UNITED STATES MAGISTRATE JUDGE

14  laws0474.133a

15

16

17

18

19

20

21

22

23

24

25

26