IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

     Respondent,                No. CR S-07-474 FCD KJN (TEMP) P

     vs.

LATOYA LAWSON,

     Movant.                  ORDER

_____/

     Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside or correct her sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

     On March 9, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Neither party has filed objections to the findings and recommendations.

     The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

\\\\\

1

1. The findings and recommendations filed March 9, 2011, are adopted in full.

2. This action is dismissed without prejudice for failure to prosecute.  See Local Rule 183(b).

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253 because there has not been a substantial showing of a denial of a constitutional right.

4. The Clerk of the Court is directed to close the companion civil case, No. CIV-S-10-1905 FCD KJN P

DATED: April 13, 2011.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2